1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Gregory Mackey,                    )    No. CV 06-1374-PHX-EHC
                                        )
10                Petitioner,           )    **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    Dora Schriro, et al.,               )
13                                      )
                  Respondents.          )
14                                      )
                                        )
15  ────────────────────────────────────)

16

17          On May 25, 2006, Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. 1).

18  Respondents filed a Response on February 7, 2007. (Dkt. 10).  Petitioner did not file a Reply.

19  On April 16, 2007, Magistrate Judge Lawrence O. Anderson issued a Report and

20  Recommendation recommending that Petitioner's Petition be denied as untimely. (Dkt. 11).

21  No objections were filed.  A district court judge reviews a Report and Recommendation of

22  a Magistrate Judge *de novo*.  *See* 28 U.S.C. § 636(b)(1)(C).  The Court, having reviewed the

23  record *de novo,* adopts in full the Report and Recommendation of Magistrate Judge Anderson

24  and incorporates the same as a part of this Order.

            Accordingly,

25          **IT IS ORDERED** that the Report and Recommendation of Magistrate Judge

26  Anderson is adopted in full. (Dkt. 11).

27

28

1    **IT IS FURTHER ORDERED** that the Petitioner's Petition for a Writ of Habeas

2  Corpus is **DENIED**.  (Dkt. 1).

3    DATED this 16th day of May, 2007.

 

 

 

_____
Earl H. Carroll
United States District Judge